GUSTAV WACK, appellant,

*v.*

COLLINGSWOOD EXTENSION REALTY COMPANY et al., respondents.

[Submitted May 26th, 1933.   Decided September 27th, 1933.]

*Mr. Patrick H. Harding,* for the appellant.

*Mr. Richardson A. Roberts,* for the respondents.

PER CURIAM.

The decree under review will be affirmed, for the reasons given in the conclusions of Vice-Chancellor Davis, *ubi supra.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, CASE, BODINE, DONGES, HEHER, PERSKIE, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, DILL, JJ.   14.

*For reversal*—None.